**STATE of Missouri, Respondent,**

v.

**Randall WHITEAKER, Appellant.**

**No. WD 48884.**

Missouri Court of Appeals, Western District.

Sept. 5, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Randall B. Whiteaker appeals his criminal conviction, following a jury trial, of production of a controlled substance, § 195.211 R.S.Mo 1994. No error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no

precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).